IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLORADO

Civil Action No. 07-cv-00608-RPM

ROSEMARY DRISCOLL,

    Plaintiff,

v.

ERIC A.M. DENNIS,

    Defendant.

_____

ORDER DISMISSING FRAUD COUNTERCLAIM
_____

On May 25, 2007, the defendant, Eric A. M. Dennis, by his counsel Clark C. Griffith, filed an answer and counterclaims. What is designated as "Count One (Fraud)" alleges fraud in the inducement. The counterclaim defendants Rosemary Driscoll and William Driscoll filed a motion to dismiss that counterclaim on June 14, 2007. There has been no response to that motion. On January 3, 2008, Rosemary Driscoll and William Driscoll filed a motion for leave to supplement the motion to dismiss. That motion is now granted. Because the counterclaim for fraud is insufficient in failing to allege specific facts as required by Fed.R.Civ.P. 9(b) and fails to comply with the pleading requirements of the Private Securities Litigation Reform Act of 1995, it is

    ORDERED that the counterclaim designated as "Count One (Fraud)" is dismissed.

    DATED: February 20, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge