IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLORADO

Civil Action No. 07-cv-00608-RPM

ROSEMARY DRISCOLL,

    Plaintiff,

v.

ERIC A.M. DENNIS,

    Defendant.

_____

ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING SECOND
SCHEDULING CONFERENCE
_____

Clark C. Griffith failed to appear as attorney for the defendant Eric A.M. Dennis at the scheduling conference on February 20, 2008, as set by this Court's order of January 10, 2008. Accordingly, an Order to Show Cause was issued why the pleadings filed on behalf of the defendant should not be stricken. On March 3, 2008, Clark C. Griffith filed a response to the Order to Show Cause, saying that he was under the impression that he was not required to travel from Minnesota to appear. The order setting the scheduling conference explicitly directed that the conference would be conducted with counsel and also informed that the plaintiff's motion to dismiss counterclaim would be heard. Mr. Griffith did not respond to the motion to dismiss counterclaim either in writing or by appearance. It also appears that Clark C. Griffith may have a direct involvement in the matter in dispute as having held stock in escrow and may therefore be unable to represent the defendant in this matter.

Because striking the defendant's answer and declaring default is a harsh remedy, the Court has determined to discharge the Order to Show Cause set a new scheduling conference to give Mr. Griffith an opportunity to appear and to develop an appropriate case management order. It is therefore

ORDERED that the Order to Show Cause is discharged and a second scheduling conference will be convened on **April 10, 2008, at 11:30 a.m.** in Courtroom A, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: March 7th, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge