IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:            April 10, 2008
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-00608-RPM

ROSEMARY DRISCOLL,                                      John H. Schlie

    Plaintiff,

v.

ERIC A.M. DENNIS,                                       Clark C. Griffith

    Defendant.
_____

## COURTROOM MINUTES
_____

**Second Scheduling Conference**

**11:34 a.m.     Court in session.**

Counsel state current status of the case and answer questions.

Discussion regarding discovery.

Court instructs counsel to confer to develop a discovery plan.
Court instructs Mr. Griffith to advise defendant Dennis to cooperate with discovery or he will be ordered to appear before the Court.

**ORDERED:** Motion for Leave to Amend Proposed Scheduling Order, filed April 7, 2008 [16], is denied.
**Revised proposed scheduling order to be submitted in paper format directly to chambers by 4:00 p.m. April 21, 2008.**

**11:53 a.m.     Court in recess.**

Hearing concluded.  Total time: 19 min.