IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLORADO

Civil Action No. 07-cv-00608-RPM

ROSEMARY DRISCOLL,

    Plaintiff,

v.

ERIC A.M. DENNIS,

    Defendant.

_____

ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT
_____

On June 9, 2008, the plaintiff filed a Motion for Leave to File Amended Complaint. The defendant has filed no response to the motion and it is therefore

ORDERED that the motion is granted and the Amended Complaint attached thereto is deemed filed.

DATED: July 9th, 2008

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge