## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 07-cv-00608-RPM-MJW | FTR - Courtroom A-502 |
| **Date:** October 21, 2008 | Courtroom Deputy, Ellen E. Miller |
| ROSEMARY DRISCOLL, | John H. Schlie |
| Plaintiff(s), | |
| v. | |
| ERIC A. M. DENNIS, | Clark C. Griffith (by telephone) |
| CLARK C. GRIFFITH, and | |
| LAW OFFICE OF CLARK C. GRIFFITH, | |
| a Minnesota Profession Association, | |
| Defendant(s). | |

and

ERIC A. M. DENNIS,

    Counterclaim Plaintiff(s),

v.

ROSEMARY DRISCOLL, and
WILLIAM DRISCOLL,

    Counterclaim Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: STATUS CONFERENCE / MOTION HEARING
**Court in Session:** 3:09 p.m.
Court calls case. Appearances of counsel. It is noted Mr. Dennis does not appear; Mr. and Mrs. Driscoll arrive during the hearing.

The Court raises Plaintiffs/Counterclaim Defendants Driscolls' Motion to Compel Discovery and for Sanctions for argument.

Argument by Mr. Schlie and by Mr. Griffith. Findings by the Court.

**It is ORDERED:**    Plaintiffs/Counterclaim Defendants Driscolls' MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS [Docket No. 19, Filed June 04, 2008] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:** Defendants shall have to and including **NOVEMBER 21, 2008** within which to provide responses to the discovery requests as outlined in the Motion to Compel.

**It is ORDERED:** As to sanctions, counsel shall meet and confer regarding Plaintiffs' attorneys fees and expenses incurred regarding the Motion to Compel.
If counsel reach an agreement as to the amount for fees and expenses, parties shall file a Stipulated Motion and proposed Order.
If counsel do not reach an agreement as to the fees and expenses, Plaintiffs shall have to and including **October 31, 2008** within which to file an itemized affidavit.
Defendants shall then have to and including **November 14, 2008** within which to file their response.
Plaintiffs shall then have to and including **November 24, 2008** within which to file a reply.

Hearing concluded.
**Court in recess:** 3:21 p.m.
Total In-Court Time 00: 11

To order a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.