IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  07-cv-00608-RPM-MJW

ROSEMARY DRISCOLL,

Plaintiff(s),

v.

ERIC A.M.  DENNIS,
CLARK C. GRIFFITH and
LAW OFFICE OF CLARK C.  GRIFFITH,
A Minnesota Professional Association,

Defendant(s),

ERIC A. M. DENNIS

Counterclaim Plaintiff,

v.

ROSEMARY DRISCOLL and
WILLIAM DRISCOLL,

Counterclaim Defendants.

## MINUTE ORDER

It is hereby ORDERED that Plaintiffs / Counterclaim Defendants' Motion to Amend Scheduling Order [Docket No. 42, Filed December 08, 2008] is GRANTED and the Scheduling Order is amended as follows:

Discovery Cut-off is extended to     APRIL 06, 2009

Dispositive motion deadline is extended to   MAY 04, 2009

Expert witness disclosure deadline is extended to   FEBRUARY 09, 2009

Rebuttal expert witness disclosure deadline is extended to  MARCH 09, 2009

Deadline to  serve Interrogatories, Requests for Production, and Requests for Admissions is extended to   MARCH 02, 2009

Date:   December 19, 2008