IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00608-RPM-MJW

ROSEMARY DRISCOLL,

Plaintiff(s),

v.

ERIC A.M. DENNIS,
CLARK C. GRIFFITH and
LAW OFFICE OF CLARK C. GRIFFITH,
A Minnesota Professional Association,

Defendant(s),

ERIC A. M. DENNIS

Counterclaim Plaintiff,

v.

ROSEMARY DRISCOLL and
WILLIAM DRISCOLL,

Counterclaim Defendants.

## MINUTE ORDER

It is hereby ORDERED that Plaintiffs / Counterclaim Defendants' Motion for Further Sanctions [Docket No. 41, Filed December 08, 2008] is DENIED without prejudice with leave to renew. Defendant Clark C. Griffith shall have until January 15, 2009 to complete discovery.

Date: December 19, 2008