# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 07-cv-00608-RPM-MJW | FTR - Courtroom A-502 |
| **Date:** March 12, 2009 | Courtroom Deputy, Ellen E. Miller |
| ROSEMARY DRISCOLL, | John H. Schlie |
| Plaintiff(s), | |
| v. | |
| ERIC A. M. DENNIS, | Clark C. Griffith  (by telephone) |
| CLARK C. GRIFFITH, and | |
| LAW OFFICE OF CLARK C. GRIFFITH, | |
| a Minnesota Profession Association, | |
| Defendant(s). | |

and

ERIC A. M. DENNIS,

   Counterclaim Plaintiff(s),

v.

ROSEMARY DRISCOLL, and
WILLIAM DRISCOLL,

   Counterclaim Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in Session:**   9:00 a.m.
Court calls case. In court appearance of Mr. Schlie; telephonic appearance of Mr. Griffith. Also on the telephone conference is defendant Eric A. M. Dennis.

The Court raises Plaintiffs/Counterclaim Defendants' motion to strike for argument.

Argument by Mr. Schlie.

9:21 a.m.     ERIC ANTHONY MARK DENNIS   is sworn and testifies.

Questions, comments, and findings by the Court.

*07-cv-00608-RPM-MJW*
*Motion Hearing*
*March 12, 2009*

**It is ORDERED:**   Parties shall meet and confer to set the depositions of Clark C. Griffith and Eric A. M. Dennis on APRIL 2, 2009 and APRIL 3, 2009.

**It is ORDERED:**   Plaintiffs/Counterclaim Defendants' MOTION TO STRIKE DISCOVERY RESPONSES AND THIRD MOTION FOR SANCTIONS [Docket No. **48,** Filed January 29, 2009] is **GRANTED IN PART AND HELD IN ABEYANCE IN PART.**

That portion of the motion Motion to Strike Discovery Responses is granted.
That portion of the motion Third Motion for Sanctions is deferred.

**It is ORDERED:**   Plaintiffs/Counterclaim Defendants' shall have to and including **APRIL 17, 2009** to file a Reply to that portion of the motion [Docket No. 48] as it relates to SANCTIONS.

Hearing concluded.
**Court in recess:**   9:43 a.m.
Total In-Court Time 00:43

To order a transcript of this proceedings, contact Avery Woods Reporting Service.
(303) 825-6119     Toll Free 1-800-962-3345.   FAX (303) 893-8305      www.AveryWoods.net