IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLORADO

Civil Action No. 07-cv-00608-RPM-MJW

ROSEMARY DRISCOLL,

    Plaintiff,

v.

ERIC A.M. DENNIS,
CLARK C. GRIFFITH and
LAW OFFICE OF CLARK C. GRIFFITH,
A Minnesota Professional Association,

    Defendants.

ERIC A.M. DENNIS,

    Counterclaim Plaintiff,

v.

ROSEMARY DRISCOLL and
WILLIAM DRISCOLL,

    Counterclaim Defendants.

---

## ORDER GRANTING MOTION TO TAKE PRESERVATION DEPOSITION
---

Upon review of the Unopposed Motion for Leave to Take Preservation Deposition of Mr. William Driscoll [77], it is

ORDERED that the motion is granted.

DATED: December 7th, 2009

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge