IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                July 27, 2010
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 07-cv-00608-RPM

ROSEMARY DRISCOLL,                                          John H. Schlie

    Plaintiff,

v.

ERIC A.M. DENNIS,                                           Clark C. Griffith
CLARK C. GRIFFITH and
LAW OFFICES OF CLARK C. GRIFFITH,
A Minnesota Professional Corporation,

    Defendants,

ERIC A.M. DENNIS,

    Counterclaim Plaintiff,

v.

ROSEMARY DRISCOLL and
WILLIAM DRISCOLL,

    Counterclaim Defendants.
_____

## COURTROOM MINUTES
_____

**Second Scheduling Conference**

**10:00 a.m.      Court in session.**

Court's preliminary remarks.

Mr. Schlie states Rosemary Driscoll is the executor of the Estate of William Driscoll.

10:05 a.m.      Argument by Mr. Schlie.

10:24 a.m.      Argument by Mr. Griffith.

July 27, 2010
07-cv-00608-RPM

Mr. Griffith state the counterclaims against Rosemary and William Driscoll can be dismissed.

**ORDERED:** **Counterclaims against Rosemary and William Driscoll and counterclaim defendants Rosemary Driscoll and William Driscoll are dismissed.**

10:47 a.m.        Rebuttal argument by Mr. Schlie.

Court informs Mr. Griffith that if case proceeds forward he will need to obtain representation.

**ORDERED:** **Motion for Summary Judgment, filed May 20, 2009 [71], is taken under advisement.**

**11:05 a.m.        Court in recess.**

Hearing concluded.  Total time: 1 hr. 05 min.