IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLORADO

Civil Action No. 07-cv-00608-RPM-MJW

ROSEMARY DRISCOLL,

      Plaintiff,

v.

ERIC A.M. DENNIS,
CLARK C. GRIFFITH and
LAW OFFICE OF CLARK C. GRIFFITH,
A Minnesota Professional Association,

      Defendants.

_____

ORDER ON PLAINTIFF'S MOTION TO SET SETTLEMENT CONFERENCE AND
TRIAL DATE
_____

On December 9, 2010, the plaintiff filed a motion to set settlement conference

and trial date.  This civil action has been delayed by the failure of Clark C. Griffith, a

named defendant, to obtain counsel.  No deadline was given for that purpose.  To move

this matter forward and because there is no apparent reason for a settlement

conference, it is

ORDERED that a pretrial conference will be set and it is expected that new

counsel will enter an appearance for the defendants.

DATED: February 7th, 2011.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge