**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              March 23, 2011
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-00608-RPM

ROSEMARY DRISCOLL,                                            John H. Schlie

     Plaintiff,

v.

ERIC A.M. DENNIS,                                             Clark C. Griffith
CLARK C. GRIFFITH and
LAW OFFICES OF CLARK C. GRIFFITH,
A Minnesota Professional Corporation,

     Defendants,
_____

### COURTROOM MINUTES
_____

**Pretrial Conference**

**3:00 p.m.**     **Court in session.**

Discussion regarding defendant Griffith's representation (Sven Collins) and possible conflict.
Mr. Schlie states plaintiff does not have an authenticity objection to opinion letter.

**3:05 p.m.**     **Court in recess.**
**3:15 p.m.**     **Court in session.**

Sven Collins present.

Mr. Collins states that he will not know the results of his firm's position on representation until the end of the week.

Discussion regarding discovery.
Mr. Schlie states there is outstanding discovery.

**ORDERED:**   **Plaintiff's Motion for Sanctions, filed March 22, 2011 [93], is denied.**

Discussion regarding witnesses, depositions, trial issues and exhibits.

March 23, 2011
07-cv-00608-RPM

**Listed witnesses Talenick and Schaumann stricken from proposed pretrial order.**

Court states plaintiff's CPA expert's testimony will be limited (compiling of exhibits).

Counsel and Mr. Griffith state that there are no objections to the Court reading the deposition of Mr. Driscoll prior to the start of the trial.

**ORDERED:**     **3 day trial to court scheduled August 8, 2011 at 10:00 a.m.**
                       **Deposition of Mr. Driscoll to be submitted directly to chambers by**
                       **4:00 p.m. August 1, 2011.**
                       **Defendants' brief due July 1, 2011.**
                       **Response brief due July 15, 2011.**
                       **Reply brief due by July 29, 2011.**
                       **Final lists of exhibits due June 6, 2011.**
                       **Objections to exhibits due June 20, 2011.**

**Court states disclosed exhibits in motions filed are not subject to Rule 26 objections.**
**Sven Collins has to March 28, 2011 to file an entry of appearance as counsel for defendant Griffith and to accept the proposed pretrial order.**

**ORDERED:**     **Defendants' Motion for Extension of Time, filed March 17, 2011 [89], is moot.**

                       **Motion to Withdraw Motion for Extension of Time, filed March 21, 2011 [91], is moot.**

                       **No pretrial order entered.**

**3:47 p.m.**        **Court in recess.**

Hearing concluded.  Total time: 37  min.