IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLORADO

Civil Action No. 07-cv-00608-RPM

ROSEMARY DRISCOLL,

     Plaintiff,

v.

ERIC A.M. DENNIS,
CLARK C. GRIFFITH and
LAW OFFICE OF CLARK C. GRIFFITH,
A Minnesota Professional Association,

     Defendants.

_____

ORDER PERMITTING CLARK C. GRIFFITH TO PARTICIPATE IN TRIAL AS WITNESS AND COUNSEL
_____

In this civil action in which Clark C. Griffith is a defendant and has been counsel for defendant Eric A.M. Dennis and because Mr. Griffith is also expected to testify as a witness, a dual role which is normally inappropriate, but because Mr. Griffith has been apparently unable to obtain counsel and because of the age of this case any further delay in proceeding with the trial scheduled to begin on Monday, August 8, 2011, would be prejudicial and because this is a trial to the Court, it is now

ORDERED that Clark C. Griffith will be permitted to participate at trial both as counsel for the defendants and as a witness.

DATED: August 4th, 2011.

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge