**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Civil Action No. 07-cv-00608-RPM

ROSEMARY DRISCOLL,

    Plaintiff,

v.

ERIC A.M. DENNIS,
CLARK C. GRIFFITH and
LAW OFFICES OF CLARK C. GRIFFITH,
A Minnesota Professional Corporation,

    Defendant.

_____

**ORDER REGARDING RETURN OF TRIAL EXHIBITS AND DEPOSITIONS**
_____

    After review of the record and finding that there are no further issues to be determined, it is

    ORDERED that all of the trial exhibits and depositions retained at the conclusion of the trial on August 9, 2011, and stored at the Clerk's Office, Alfred A. Arraj Courthouse, 901 19th Street, Denver Colorado 80294, shall be returned to counsel.  Plaintiff's counsel John H. Schlie shall contact the Court's courtroom deputy at (303) 335-2112 to make arrangements for the return of plaintiff's exhibits and depositions and defendants' exhibits shall be returned by U.S. Mail

    DATED at Denver, Colorado this 15th day of April, 2013.

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge